IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANJAY GOSWAMI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2953 |
| | § | |
| UNOCAL (Now Chevron) | § | |
| | § | |
| Defendant. | § | |

## ORDER

This court held an initial conference in this case on December 20, 2012. For the reasons stated on the record at that hearing, the defendant is ordered to produce to the plaintiff documents relating to the plaintiff's claims on the profit-sharing plan no later than February 22, 2013. A status and scheduling hearing is set for **March 1, 2013** at 8:30 A.M. in Courtroom 11-B. Counsel and unrepresented parties must attend.

SIGNED on December 20, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

P:\CASES\2012\12-2953\12-2953.c01.wpd