IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANJAY GOSWAMI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2953 |
| | § | |
| UNOCAL (Now Chevron) | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 9, 2013, this court granted the plaintiff, Sanjay Goswami, additional time to respond to the motion for summary judgment filed by Chevron Corporation and Chevron U.S.A. Inc. ("Chevron"). (Docket Entry No. 31). This court ordered Goswami to respond by June 17, 2013 and ordered Chevron to reply by July 1, 2013. On May 19, 2013, Goswami asked this court for additional time to respond because of his medical needs. This request is granted. Goswami's response to the motion for summary judgment is due by **July 17, 2013**, and Chevron's reply is due by **July 31, 2013**.

SIGNED on May 22, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge